LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
1970 BROADWAY, SUITE 1030
OAKLAND, CA  94612
TELEPHONE:   510-444-2404
FACSIMILE:    510-444-1291
EMAIL:           mlp@leader-picone.com

Attorneys for Defendant
ZAC ENTERPRISE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>vs.<br><br>ZAC ENTERPRISE LLC, a California limited liability company,<br><br>        Defendant. | No. 4:21-cv-03046-HSG<br><br>*Trial Date: None Yet Assigned*<br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**; ORDER |

The parties to this action, through their respective counsel, do hereby stipulate and agree as follows, pursuant to Local Rule 6-1(a):

WHEREAS, on April 27, 2021, Plaintiff Brian Whitaker ("Plaintiff") filed a Complaint against defendant Zac Enterprise LLC, a California Limited Liability Company ("Defendant");

WHEREAS, the Complaint was served on Defendant on May 11, 2021.

WHEREAS, the parties have had initial settlement discussions and would like to continue exploring settlement before requiring Defendant to file any responsive pleading;

WHEREAS, an extension for Defendant to file its response to the Complaint will not alter the date of any event or any deadline that the Court has already fixed;

/ / / /

/ / / /

NOW, THEREFORE, the parties agree that Defendant shall have until June 30, 2021 to file a responsive pleading.

IT IS SO STIPULATED.

DATED: June 15, 2021.                LEADER-PICONE & YOUNG, LLP

                                     BY: /s/
                                         MALCOLM LEADER-PICONE
                                         Attorneys for Defendant
                                         ZAC ENTERPRISE LLC

DATED: June 15, 2021.                CENTER FOR DISABILITY ACCESS

                                     BY: __/s/ Amanda Seabock_____
                                         AMANDA SEABOCK
                                         Attorneys for Plaintiff
                                         BRIAN WHITAKER

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     BY: /s/
                                         MALCOLM LEADER-PICONE
                                         Attorneys for Defendant
                                         ZAC ENTERPRISE LLC

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: ____6/16/2021_____.        _____
                                     U.S. DISTRICT COURT JUDGE

**STIPULATION TO EXTEND TIME**                                    ~~3:21-cv-03045-JSC~~

-2-